## Golden Carroll, Appellant *v.* Commonwealth of Pennsylvania, Appellee.

478

Argued February 4, 1980, before Judges CRUMLISH, JR., WILKINSON, JR. and MENCER, sitting as a panel of three.

*Stewart P. McConnell*, for appellant.

*Harold H. Cramer*, Assistant Attorney General, with him *Ward T. Williams*, Assistant Attorney General and *Edward G. Biester, Jr.*, Attorney General, for appellee.

OPINION BY JUDGE CRUMLISH, JR., April 14, 1980:

Golden Carroll appeals the decision of the Beaver County Common Pleas Court reinstating the order of the Department of Transportation suspending his motor vehicle operating privileges for one year. We affirm.

On June 24, 1976, Carroll pleaded guilty to driving under the influence of intoxicating liquor on January 31, 1976. His operating privileges were suspended by order of September 22, 1976, effective October 27, 1976.

Appellant argues that it was error to suspend his license for one year under Section 616(a)(1) of the Vehicle Code (Act of 1959), Act of April 29, 1959, P.L. 58, *as amended, formerly* 75 P.S. §616(a)(1), rather than for six months under 75 Pa. C.S. §1532(b).

This contention is entirely without merit. *Hergenrother v. Commonwealth,* 45 Pa. Commonwealth Ct. 175, 406 A.2d 575 (1979) controls. Judge MACPHAIL wrote that the revised provisions in no way altered the effect of a violation of the law on the revocation provisions in effect on the date the liability was incurred.

Accordingly, we

### ORDER

AND Now, this 14th day of April, 1980, the order of the Court of Common Pleas of Beaver County dated December 27, 1976, is affirmed.

President Judge BOWMAN did not participate in the decision in this case.